NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1080

STATE OF LOUISIANA

VERSUS

RANDALL S. DESHOTELS

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 16,554-01
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE

**********
**ARTHUR J. PLANCHARD,
JUDGE PRO TEMPORE**
**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard, Judges.

**AFFIRMED AND
REMANDED WITH INSTRUCTIONS.**

**R. Richard Bryant  Jr., District Attorney**
**David L. Kimball, Asst. District Attorney**
**Carla S. Sigler, Asst. District Attorney**
**P.O. Box 3206**
**Lake Charles, LA 70602**
**Counsel for Appellee:**
     **State of Louisiana**

**Stephen R. Streete**
**Salter & Streete**
**P. O. Box 6297**
**Lake Charles, LA 70602-6297**
**Counsel for Defendant/Appellant:**
     **Randall S. Deshotels**